## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re: Cristofono, Brian John                    §   Case No. 20-40994-MER
                                                 §
                                                 §
                                                 §
Debtor(s)                                        §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code
was filed on April 03, 2020.  The undersigned trustee was appointed on April 03, 2020.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of          $          4,434.45

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 1.47 |
| Bank service fees | 23.98 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]      $          4,409.00

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank
account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest
earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may
receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on
account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 07/08/2021 and the deadline for filing governmental claims was 07/08/2021.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,108.61.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,108.61, for a total compensation of $1,108.61.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $62.96, for total expenses of $62.96.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/13/2021          By:/s/Nauni Manty
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

## Form 1

Page: 1

### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 20-40994-MER

**Case Name:** Cristofono, Brian John

**Period Ending:** 08/13/21

**Trustee:** (430120)   Nauni Manty

**Filed (f) or Converted (c):** 04/03/20 (f)

**§341(a) Meeting Date:** 04/28/20

**Claims Bar Date:** 07/08/21

| Ref. # | 1 — Asset Description (Scheduled And Unscheduled (u) Property) | 2 — Petition/ Unscheduled Values | 3 — Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 — Property Abandoned OA=§554(a) | 5 — Sale/Funds Received by the Estate | 6 — Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2015 GMC Terrain, 42000 miles, Value is based on | 15,271.00 | 0.00 | | 0.00 | FA |
| 2 | Household Goods, Furnishings, and Minor Applianc | 1,500.00 | 0.00 | | 0.00 | FA |
| 3 | 2 TVs, DVD Player,Laptop Computer, Cell Phone, | 800.00 | 0.00 | | 0.00 | FA |
| 4 | Misc. Hand & Power Tools, Gas Grill, | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Books & Pictures | 40.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing | 700.00 | 0.00 | | 0.00 | FA |
| 7 | Wristwatch and bracelet | 40.00 | 0.00 | | 0.00 | FA |
| 8 | Cash | 5.00 | 0.00 | | 0.00 | FA |
| 9 | Checking Account: Wells Fargo | 2,000.00 | 0.00 | | 0.00 | FA |
| 10 | Checking: Pilot Bank | 2.00 | 0.00 | | 0.00 | FA |
| 11 | Defined benefit pension: PERA | Unknown | 0.00 | | 0.00 | FA |
| 12 | Ret. or Pension Acct.: 401 (k) | 55,000.00 | 0.00 | | 0.00 | FA |
| 13 | Ret. or Pension Acct.: Roth 401 (k) | 15,000.00 | 0.00 | | 0.00 | FA |
| 14 | Deferred Compensation Account: State of Minnesot | 40,000.00 | 0.00 | | 0.00 | FA |
| 15 | Rental Deposit: Security | 1,600.00 | 0.00 | | 0.00 | FA |
| 16 | Anticipated 2018 Tax Refunds: Federal | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Payment owed from Agency Models and Talent | 1,600.00 | 0.00 | | 0.00 | FA |
| 18 | Possible Preference  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 19 | 2019 Tax Refunds  (u) | 3,457.00 | 3,457.00 | | 3,457.00 | FA |
| 20 | 2020 Tax refunds  (u) | 977.45 | 977.45 | | 977.45 | FA |
| 20 | **Assets**   Totals (Excluding unknown values) | **$138,192.45** | **$4,434.45** | | **$4,434.45** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 20-40994-MER

**Case Name:** Cristofono, Brian John

**Period Ending:** 08/13/21

**Trustee:** (430120)   Nauni Manty

**Filed (f) or Converted (c):** 04/03/20 (f)

**§341(a) Meeting Date:** 04/28/20

**Claims Bar Date:** 07/08/21

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   April 30, 2021

**Current Projected Date Of Final Report (TFR):**   July 30, 2021

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 20-40994-MER | |
| **Case Name:** | Cristofono, Brian John | |
| **Taxpayer ID #:** | **-***2296 | |
| **Period Ending:** | 08/13/21 | |

| | |
|---|---|
| **Trustee:** | Nauni Manty (430120) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account:** | ******1113 - Checking Account |
| **Blanket Bond:** | $28,878,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/05/21 | {19} | Brian Cristofono | 2019 Tax Refunds | 1224-000 | 3,457.00 | | 3,457.00 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 3,452.00 |
| 05/28/21 | 101 | INTERNATIONAL SURITIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/28/2021 FOR CASE #20-40994, BOND # 016018054 | 2300-000 | | 1.47 | 3,450.53 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.16 | 3,445.37 |
| 06/17/21 | {20} | Brian Cristofono | 2020 Tax Refunds | 1224-000 | 977.45 | | 4,422.82 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 6.75 | 4,416.07 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 7.07 | 4,409.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 4,434.45 | 25.45 | **$4,409.00** |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 4,434.45 | 25.45 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$4,434.45** | **$25.45** | |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1113** | 4,434.45 | 25.45 | 4,409.00 |
| | $4,434.45 | $25.45 | $4,409.00 |

{} Asset reference(s)

Printed: 08/13/2021 12:53 PM    V.20.36

Printed:  08/13/21 12:54 PM                    **Exhibit C**                         Page:  1

### Case:  20-40994-MER   Cristofono, Brian John

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch.  7 Claims:** | | | | | | | | |
| | 04/03/20 | 200 | Nauni Manty<br>150 South Fifth Street<br>Suite 3125<br>Minneapolis, MN 55402<br><2100-00   Trustee Compensation> | 1,108.61 | 1,108.61 | 0.00 | 1,108.61 | 1,108.61 |
| | 04/03/20 | 200 | Nauni Manty<br>150 South Fifth Street<br>Suite 3125<br>Minneapolis, MN 55402<br><2200-00   Trustee Expenses> | 62.96 | 62.96 | 0.00 | 62.96 | 62.96 |
| | 04/03/20 | 200 | Manty & Associates, P.A.<br>150 South Fifth Street<br>Suite 3125<br>Minneapolis, MN 55402<br><3110-00   Attorney for Trustee Fees (Trustee Firm)> | 1,316.00 | 1,316.00 | 0.00 | 1,316.00 | 1,316.00 |
| | | | **Total for Priority 200:    100% Paid** | **$2,487.57** | **$2,487.57** | **$0.00** | **$2,487.57** | **$2,487.57** |
| | | | **Total for Admin Ch.  7 Claims:** | **$2,487.57** | **$2,487.57** | **$0.00** | **$2,487.57** | **$2,487.57** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 04/09/21 | 610 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00   General Unsecured § 726(a)(2)> | 3,706.58 | 3,706.58 | 0.00 | 3,706.58 | 76.51 |
| 2 | 04/14/21 | 610 | Wells Fargo Bank, N.A., Wells Fargo<br>Card Services<br>PO Box 9210<br>Des Moines, IA 50306<br><7100-00   General Unsecured § 726(a)(2)> | 18,967.78 | 18,967.78 | 0.00 | 18,967.78 | 391.53 |
| 3 | 07/07/21 | 610 | MACK & SANTANA LAW OFFICES,<br>P.C.<br>1850 Fifth Street Towers<br>150 South Fifth Street<br>Minneapolis, MN 55402<br><7100-00   General Unsecured § 726(a)(2)> | 5,051.64 | 5,051.64 | 0.00 | 5,051.64 | 104.28 |
| 4 -3 | 07/08/21 | 610 | Aneta Lennartson<br>2500 West County Rd. 42<br>Suite 160<br>Burnsville, MN 55337<br><7100-00   General Unsecured § 726(a)(2)> | 65,357.26 | 65,357.26 | 0.00 | 65,357.26 | 1,349.11 |
| | | | **Total for Priority 610:    2.06421% Paid** | **$93,083.26** | **$93,083.26** | **$0.00** | **$93,083.26** | **$1,921.43** |
| | | | **Total for Unsecured Claims:** | **$93,083.26** | **$93,083.26** | **$0.00** | **$93,083.26** | **$1,921.43** |
| | | | **Total for Case :** | **$95,570.83** | **$95,570.83** | **$0.00** | **$95,570.83** | **$4,409.00** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 20-40994-MER
Case Name: Cristofono, Brian John
Trustee Name: Nauni Manty

**Balance on hand:**                                     $           4,409.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $           0.00
Remaining balance:                          $           4,409.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Nauni Manty | 1,108.61 | 0.00 | 1,108.61 |
| Trustee, Expenses - Nauni Manty | 62.96 | 0.00 | 62.96 |
| Attorney for Trustee, Fees - Manty & Associates, P.A. | 1,316.00 | 0.00 | 1,316.00 |

Total to be paid for chapter 7 administration expenses:     $           2,487.57
Remaining balance:                                          $           1,921.43

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $           0.00
Remaining balance:                                              $           1,921.43

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  | | Total to be paid for priority claims: | $ | 0.00 |
|  | | Remaining balance: | $ | 1,921.43 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 93,083.26 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 3,706.58 | 0.00 | 76.51 |
| 2 | Wells Fargo Bank, N.A., Wells Fargo Card Services | 18,967.78 | 0.00 | 391.53 |
| 3 | MACK & SANTANA LAW OFFICES, P.C. | 5,051.64 | 0.00 | 104.28 |
| 4 -3 | Aneta Lennartson | 65,357.26 | 0.00 | 1,349.11 |

|  | Total to be paid for timely general unsecured claims: | $ | 1,921.43 |
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$**                    0.00

Remaining balance:                          **$**                  0.00

**UST Form 101-7-TFR (05/1/2011)**