# Expense Worksheet

### Period: 01/01/00 - 08/13/21
### Trustee: Nauni Manty (430120)

| | |
|---|---|
| **Case Number:** 20-40994 | **Case Name:** Cristofono, Brian John |
| **Case Type:** Assets | **Judge:** Michael E. Ridgway |
| **Petition Date:** 04/03/20 | **341a Meeting:** 04/28/20   14:00 |

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 06/29/21 | MICR dist. | 6.00 | $0.750 | $4.50 |
| 06/29/21 | Postage Dist. | 4.00 | $0.580 | $2.32 |
| 06/29/21 | Envelopes Dist. | 4.00 | $0.350 | $1.40 |
| 08/13/21 | Copies claims register | 3.00 | $0.300 | $0.90 |
| 08/13/21 | Copies 341 minute sheet and attachments | 11.00 | $0.300 | $3.30 |
| 08/13/21 | MICR checks and deposits | 3.00 | $0.750 | $2.25 |
| 08/13/21 | Service NFR | 1.00 | $48.290 | $48.29 |

**Total for case  20-40994:**  $62.96

**Grand Total:**  $62.96