# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re: Cristofono, Brian John                          §      Case No. 20-40994-MER

                                                       §
                                                       §
Debtor(s)                                              §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

      Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>Nauni Manty</u>                          , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

      The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

    U.S. Bankruptcy Court - Minneapolis
    301 U.S. Courthouse
    300 S Fourth St
    Minneapolis, MN 55415

      Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within  21 days from the mailing of this notice,
together with a request for a hearing and serve a copy of both upon the trustee, any party whose
application is being challenged and the United States Trustee.   If no objections are filed, the
Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009
without further order of the Court.

Date Mailed:  <u>08/25/2021</u>          By:  <u>/s/ Nauni Manty</u>
                                                                   Trustee

Nauni Manty
150 South Fifth Street
Suite 3125
Minneapolis, MN  55402
(612) 465-0990

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

|  |  |
|---|---|
| In re: Cristofono, Brian John | § Case No. 20-40994-MER |
|  | § |
|  | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 4,434.45 |
| *and approved disbursements of* | $ 25.45 |
| *leaving a balance on hand of* [1] | $ 4,409.00 |

**Balance on hand:** $ 4,409.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 4,409.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Nauni Manty | 1,108.61 | 0.00 | 1,108.61 |
| Trustee, Expenses - Nauni Manty | 62.96 | 0.00 | 62.96 |
| Attorney for Trustee, Fees - Manty & Associates, P.A. | 1,316.00 | 0.00 | 1,316.00 |

Total to be paid for chapter 7 administration expenses: $ 2,487.57
Remaining balance: $ 1,921.43

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $            0.00

Remaining balance:   $       1,921.43

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $            0.00

Remaining balance:   $       1,921.43

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 93,083.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 3,706.58 | 0.00 | 76.51 |
| 2 | Wells Fargo Bank, N.A., Wells Fargo Card Services | 18,967.78 | 0.00 | 391.53 |
| 3 | MACK & SANTANA LAW OFFICES, P.C. | 5,051.64 | 0.00 | 104.28 |
| 4 -3 | Aneta Lennartson | 65,357.26 | 0.00 | 1,349.11 |

Total to be paid for timely general unsecured claims:   $       1,921.43

Remaining balance:   $            0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $          0.00
Remaining balance:  $          0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $          0.00
Remaining balance:  $          0.00

Prepared By:  /s/Nauni Manty
Trustee

Nauni Manty
150 South Fifth Street
Suite 3125
Minneapolis, MN  55402
(612) 465-0990

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

CRISTOFONO, BRIAN JOHN

CASE NO: 20-40994-MER

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7

On 8/25/2021, I did cause a copy of the following documents, described below,

Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/25/2021

/s/ Nauni Manty
Nauni Manty

Manty & Associates, P.A.
150 South Fifth Street, Ste 3125
Minneapolis, MN  55402
612 465 0990

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

IN RE:

CRISTOFONO, BRIAN JOHN

CASE NO: 20-40994-MER

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7

On 8/25/2021, a copy of the following documents, described below,

Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/25/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nauni Manty
Manty & Associates, P.A.
150 South Fifth Street, Ste 3125
Minneapolis, MN  55402

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE" WERE SERVED BY ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
08644
CASE 20-40994
DISTRICT OF MINNESOTA
MINNEAPOLIS
WED AUG 25 11-44-22 CDT 2021

EXCLUDE

MINNEAPOLIS
301 DIANA E MURPHY US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS MN 55415-1320

ANDREW GREEN
COTTRELL GREEN PA
2287 WATERS DRIVE
SAINT PAUL MN 55120-1363

ANETA LENNARTSON
2500 WEST COUNTY RD 42
SUITE 160
BURNSVILLE MN 55337-6911

CENTER FOR DIAGNOSTIC IMAGING
5775 WAYZATA BLVD
SUITE 190
MINNEAPOLIS MN 55416-1236

CHASKA CLINIC ALLINA HEALTH
PO BOX 43
MINNEAPOLIS MN 55440-0043

CHILDRENS MINNESOTA
PATIENT FIN SVCS
5901 LINCOLN DRIVE
EDINA MN 55436-1611

COLLECTION RESOURCES
PO BOX 2270
2700 1ST STREET N STE 303
SAINT CLOUD MN 56303-4583

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY OH 43054-3025

DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

DIVERSIFIED ADJUSTMENT SERVICE
600 COON RAPIDS BLVD
COON RAPIDS MN 55433-5549

EPPA
NW 6438
PO BOX 1450
MINNEAPOLIS MN 55485-1450

EDFINANCIAL SERVICES
ATTN BANKRUPTCY
PO BOX 36008
KNOXVILLE TN 37930-6008

EDCRENTERS WAREHOUSE
13200 PIONEER TRL STE 10
EDEN PRAIRIE MN 55347-4119

HUNTINGTON NATL BK
ATTN BANKRUPTCY
PO BOX 340996
COLUMBUS OH 43234-0996

KIA MOTOR FINANCE
4000 MACARTHUR BLVD
SUTIE 600
NEWPORT BEACH CA 92660-2558

MACK   SANTANA LAW OFFICES PC
1850 FIFTH STREET TOWERS
150 SOUTH FIFTH STREET
MINNEAPOLIS MN 55402-1244

MICHAEL FINK LAW PA
310 FOURTH AVE SO
SUITE 5010
MINNEAPOLIS MN 55415-1053

MACK   SANTANA LAW OFFICES PC
2100 FIFTH STREET TOWERS
100 SOUTH FIFTH STREET
MINNEAPOLIS MN 55402-1227

MAPLE GROVE HOSPITAL
9875 HOSPITAL DRIVE
OSSEO MN 55369-4648

MESSERLI   KRAMER
3033 CAMPUS DRIVE
SUITE 250
PLYMOUTH MN 55441-2662

NORTH MEMORIAL HEALTH
100 S OWASSO BLVD
SAINT PAUL MN 55117

NYSTROM   ASSOCIATES
11010 PRAIRIE LAKES DR 350
EDEN PRAIRIE MN 55344-3801

PARK NICOLLET HEALTH SERVICES
3800 PARK NICOLLET BLVD
MINNEAPOLIS MN 55416-2527

RASMUSSEN COLLEGE
1415 W 22ND ST SUITE 400
OAK BROOK IL 60523-2023

RASMUSSEN COLLEGE
8301 93RD AVE N
MINNEAPOLIS MN 55445-1512

RELIANCE RECOVERIES
ATTN ACCOUNTS RECEIVABLE SERVICES
6160 SUMMIT DR N
SUITE 440
BROOKLYN CENTER MN 55430-2149

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" HAVE CONSENTED TO RECEIVE ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

RENEE CRISTOFONO
8435 MISSION HILLS LANE
CHANHASSEN MN 55317-7712

RIDGEVIEW MEDICAL
500 S MAPLE ST
WACONIA MN 55387-1791

THE CALLI INSTITUTE
11334 86TH AVE NORTH
OSSEO MN 55369-4528

TWIN CITIES ORTHOPEDICS
PO BOX 9188
MINNEAPOLIS MN 55480-9188

EXCLUDE

US TRUSTEE
1015 US COURTHOUSE
300 S 4TH ST
MINNEAPOLIS MN 55415-3070

US BANK HOME MORTGAGE
ATTN BANKRUPTCY
800 NICOLLET MALL
MINNEAPOLIS MN 55402-2511

WELLS FARGO BANK
MAC F823F02F
PO BOX 10438
DES MOINES IA 50306-0438

WELLS FARGO BANK NV NA
P O BOX 31557
BILLINGS MT 59107-1557

WELLS FARGO BANK NA WELLS FARGO CARD
SER
PO BOX 10438 MAC F823502F
DES MOINES IA 50306-0438

DEBTOR

BRIAN JOHN CRISTOFONO
15640 24TH AVE NORTH UNIT C
PLYMOUTH MN 55447-6489

EXCLUDE

NAUNI JO MANTY
MANTY  ASSOCIATES PA
150 SOUTH FIFTH STREET
SUITE 3125
MINNEAPOLIS MN 55402-4221

WILLIAM P KAIN
KAIN  HENEHAN LLC
2003 PLEASANT AVENUE
SAINT CLOUD MN 56303-0224

ADDRESSES WHERE CASE PARTICIPANTS RESIDE OR WERE SERVED WITH A COPY OF THIS E-SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S
NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

(U.S. Trustee)
US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415

ustpregion12.mn.ecf@usdoj.gov

Mary F. Sieling
Manty & Associates P A
150 South Fifth Street
Suite 3125
Minneapolis, MN 55402

mary@mantylaw.com

Manty & Associates PA
150 South Fifth Street
Suite 3125
Minneapolis, MN 55402

ecf@mantylaw.com

(Trustee)
Nauni Jo Manty
Manty & Associates PA
150 South Fifth Street
Suite 3125
Minneapolis, MN 55402
represented by:
Nauni Jo Manty
Manty & Associates PA
401 Second Avenue North
Suite 400
Minneapolis, MN 55401

ecf@mantylaw.com

Brian John Cristofono
15640 24th Ave. North Unit C
Plymouth, MN 55447
(Debtor 1)
represented by:
William P. Kain
Kain & Henehan, LLC
2003 Pleasant Avenue
Saint Cloud, MN 56303

bill@kainhenehan.com

Manty & Associates PA
150 South Fifth Street
Suite 3125
Minneapolis, MN 55402

ecf@mantylaw.com